Opinion filed November 3, 2005












 
 
  
 
 







 
 
  
 
 




Opinion filed November 3, 2005

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-05-00331-CR

 

                                                    __________

 

                               GREGORY
DEAN CULLUM, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 350th District Court

 

                                                          Taylor
County, Texas

 

                                                   Trial
Court Cause No. 6814-D

 



 

                                                                   O
P I N I O N

 

Gregory Dean Cullum entered a plea of no contest
to the offense of indecency with a child. 
The trial court convicted appellant and, pursuant to the plea bargain
agreement, assessed his punishment at confinement for eight years.  We dismiss the appeal for want of
jurisdiction.

On August 8, 2005, the sentence was imposed in
open court.  A motion for new trial was
not filed.  On September 27, 2005, the
notice of appeal was filed.  The notice
of appeal was filed 40 days after the date the sentence was imposed and is not
timely.  TEX.R.APP.P. 26.2.








On October 12, 2005, the clerk of this court wrote
appellant and advised him that the notice of appeal was not timely.  On October 18, 2005, appellant responded to
the October 12 letter.  Appellant asks
this court to grant him a new trial and to grant him an extension.

Appellant=s
letter of October 18 is not a timely request for an extension of time to
perfect an appeal pursuant to TEX.R.APP.P. 26.3.  Absent a timely notice of appeal or the
granting of a timely motion for extension of time, this court does not have
jurisdiction to entertain an appeal.  Slaton
v. State, 981 S.W.2d 208 (Tex.Cr.App.1998); Olivo v. State, 918
S.W.2d 519 (Tex.Cr.App.1996); Rodarte v. State, 860 S.W.2d 108
(Tex.Cr.App.1993); Shute v. State, 744 S.W.2d 96 (Tex.Cr.App.1988).

The appeal is dismissed for want of jurisdiction.

 

PER CURIAM

 

November 3, 2005

Do not publish.  See
TEX.R.APP.P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall,
J., and Strange, J.